# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SUSAN SCHARPF and, <br><br> ANTHONY D'ARMIENTO, <br><br> on behalf of themselves and all others similarly situated, <br><br><div align="center">Plaintiffs,</div><br> v. <br><br> GENERAL DYNAMICS CORP., et al. <br><br><div align="center">Defendants.</div> | Case No. 1:23-cv-01372-AJT-WEF |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND FOR EXTENDED PAGE LIMITS

Before the Court is the certain Defendants' Consent Motion for an Extension of Time for Defendants HII Fleet Support Group LLC, HII Mission Technologies Corp., Huntington Ingalls Industries, Inc., Ingalls Shipbuilding, Inc., Newport News Shipbuilding, and Dry Dock Co., Marinette Marine Corporation, Gibbs & Cox, Inc., Thor Solutions, LLC, Serco, Inc., Tridentis, LLC, Bollinger Shipyards, LLC, CACI International, Inc., BMT International, Inc., Technology Financing, Inc., General Dynamics Corp., Bath Iron Works Corp., and General Dynamics Information Technology, Inc., and Electric Boat Corp. to respond to Plaintiffs' Complaint ("the Motion").

Having thoroughly reviewed the Motion and finding good cause shown, the Court hereby GRANTS the Motion and extends the deadline for the above Defendants to respond to the complaint in this matter to December 18, 2023. The Plaintiffs' opposition brief(s) will be due

1

February 20, 2024, and the above Defendants' reply brief(s) will be due on March 5, 2024. The above Defendants' consolidated brief on common issues in response to the complaint is limited to no more than forty pages, with Plaintiffs receiving forty pages for their response to such brief, and the above Defendants receiving twenty-five pages total for their consolidated reply. The above Defendants may also file individual motions on additional issues outside of those covered in the consolidated motion. To the extent the above Defendants file such motions, Plaintiffs may include additional pages for their responsive brief or briefs equivalent to the pages in each additional opening Defendant brief, without limitation as to Plaintiffs' use of those pages.

SO ORDERED.

ENTERED this 3rd day of November, 2023.

*William E. Fitzpatrick*
William E. Fitzpatrick
United States Magistrate Judge