**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SUSAN SCHARPF and ANTHONY D'ARMIENTO, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>GENERAL DYNAMICS CORP., et al.,<br><br>               Defendants. | Case No. 1:23-cv-01372-AJT-WEF<br><br>Hon. Anthony J. Trenga |

## PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS BMT INTERNATIONAL, INC. AND TECHNOLOGY FINANCING, INC.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs submit this notice dismissing without prejudice all claims they have asserted against Defendants BMT International, Inc. and Technology Financing, Inc. These Defendants have not served an answer or a motion for summary judgment. This dismissal does not affect any of Plaintiffs' claims in this case against any other Defendant.

DATED: February 16, 2024

Respectfully submitted,

By:    /s/ Steven J. Toll

Steven J. Toll (Va. Bar No. 15300)
Brent W. Johnson (*pro hac vice*)
Robert W. Cobbs (*pro hac vice*)
Alison S. Deich (Va. Bar No. 87452)
Zachary Glubiak (Va. Bar No. 93984)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Tel: (202) 408-4600

So Ordered

_____
Anthony J. Trenga    02/20/2024
Senior U.S. District Judge

- 1 -

stoll@cohenmilstein.com
bjohnson@cohenmilstein.com
rcobbs@cohenmilstein.com
adeich@cohenmilstein.com
zglubiak@cohenmilstein.com

Shana E. Scarlett (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com

Elaine T. Byszewski (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Tel: (213) 330-7150
elaine@hbsslaw.com

George F. Farah (*pro hac vice*)
Nicholas Jackson (*pro hac vice*)
**HANDLEY FARAH & ANDERSON PLLC**
33 Irving Place
New York, NY 10003
Tel: (212) 477-8090
gfarah@hfajustice.com
njackson@hfajustice.com

Simon Wiener (*pro hac vice*)
**HANDLEY FARAH & ANDERSON PLLC**
68 Harrison Avenue, Suite 604
Boston, MA 02111

Tel: (202) 921-4567
swiener@hfajustice.com

***Counsel for Plaintiffs and the Proposed Class***

Candice J. Enders (*pro hac vice*)
Julia R. McGrath (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
cenders@bm.net
jmcgrath@bm.net

Brian D. Clark (*pro hac vice*)
Stephen J. Teti (*pro hac vice*)
Arielle S. Wagner (*pro hac vice*)
Eura Chang (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
sjteti@locklaw.com
aswagner@locklaw.com
echang@locklaw.com

***Additional Counsel for Plaintiffs and the Proposed Class***