IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SUSan SCHARPF, *on behalf of herself and all others similarly situated*, et al., | ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) )  Civil Action No. 1:23-cv-01372 (AJT/WEF) |
| GENERAL DYNAMICS CORP., *et al.*, | ) ) ) |
| *Defendants*. | ) ) ) |

**<u>ORDER</u>**

*Pro se* non-party Dineen Cherylann Etienne has docketed a claim for relief in this case. [Doc. No. 204] (the "Claim"). While it is unclear precisely what relief the Claim seeks, the attached Rule 83.1(M) certification styles Etienne as the plaintiff and "Newport News Ship" as the defendant, and it further titles the filing as "Exhibits for case." *Id.* at 35. The filing also includes what appears to be correspondence between Etienne and the EEOC and the Virginia Office of Civil Rights regarding an employment discrimination charge.

Upon consideration of the Claim, and it appearing that non-party Etienne intends to pursue a claim unrelated to the subject matter of this action and that any such claim must be pursued in a separate, independent action, instituted with the required filings and filing fees, it is hereby

**ORDERED** that the Claim is **DISMISSED WITHOUT PREJUDICE** as to any claim that non-party Etienne may subsequently bring.

The Clerk is directed to forward a copy of this Order to all counsel of record and to non-party Etienne at the address that appears in the file.

February 26, 2024
Alexandria, Virginia

_____
Anthony J. Trenga
Senior U.S. District Judge