UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUSAN SCHARPF and, <br><br> ANTHONY D'ARMIENTO, <br><br> on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL DYNAMICS CORP., et al. <br><br> Defendants. | Case No. 1:23-cv-01372-AJT-WEF |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH FASTSTREAM RECRUITMENT, LTD., CERTIFICATION OF SETTLEMENT CLASS, AND APPOINTMENT OF SETTLEMENT CLASS COUNSEL**

Plaintiffs Susan Scharpf and Anthony D'Armiento (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for an Order granting preliminary approval of the settlement reached between Plaintiffs and Defendant Faststream Recruitment, Ltd. ("Faststream"). The settlement terms are memorialized in a written agreement entered into by the parties on February 12, 2024 ("Settlement Agreement").

Plaintiffs respectfully request that the Court:

a) Grant preliminary approval of the Settlement Agreement;

b) Certify the proposed Settlement Class;

c) Appoint the Named Plaintiffs in this litigation—Susan Scharpf and Anthony D'Armiento—as class representatives of the Settlement Class;

1

d) Appoint the law firms Handley Farah & Anderson PLLC; Cohen Milstein Sellers & Toll, PLLC; and Hagens Berman Sobol Shapiro LLP (which currently serve as Interim Co-Lead Counsel) as Settlement Class Counsel;

e) Direct Settlement Class Counsel to submit a motion to approve a plan of notice of the Settlement Agreements at an appropriate time, i.e. after contact information regarding Settlement Class members has been produced and prior to Plaintiffs moving for final approval of the Settlement Agreements; and

f) Grant a stay of all proceedings in this litigation against the Released Parties (as defined in the Settlement Agreements) except as may be necessary to implement the Settlement Agreement or comply with the terms thereof.

This motion is made on the grounds that the Settlement Agreement, which provides for material cooperation by Faststream in the litigation against the remaining Defendants, is fair, reasonable, and adequate, thereby satisfying the requirements of Rule 23(e) of the Federal Rules of Civil Procedure. This motion is based on the Settlement Agreement; the Memorandum in Support of Motion for Preliminary Approval of Settlement with Faststream Recruitment, Ltd., Certification of Settlement Class, and Appointment of Settlement Class Counsel; and the Declaration of Shana E. Scarlett, all of which accompany this motion.

A proposed Order follows.

DATED: March 26, 2024                    Respectfully submitted,

                                         By    /s/ *Zachary R. Glubiak*
                                                ZACHARY R. GLUBIAK
                                                (Va. Bar No. 93984)

                                                Steven J. Toll (Va. Bar No. 15300)
                                                Brent W. Johnson (*pro hac vice*)
                                                Robert W. Cobbs (*pro hac vice*)
                                                Alison S. Deich (Va. Bar No. 87452)
                                                **COHEN MILSTEIN SELLERS &**

2

**TOLL PLLC**
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
zglubiak@cohenmilstein.com
stoll@cohenmilstein.com
bjohnson@cohenmilstein.com
rcobbs@cohenmilstein.com
adeich@cohenmilstein.com

Shana E. Scarlett (admitted *pro hac vice*)
Rio S. Pierce (admitted *pro hac vice*)
**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman (admitted *pro hac vice*)
**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com

Elaine T. Byszewski (admitted *pro hac vice*)
**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Tel: (213) 330-7150
elaine@hbsslaw.com

George F. Farah (admitted *pro hac vice*)
Rebecca P. Chang (*pro hac vice* forthcoming)
Nicholas Jackson (admitted *pro hac vice*)
**HANDLEY FARAH & ANDERSON PLLC**
33 Irving Place
New York, NY 10003
Tel: (212) 477-8090

3

gfarah@hfajustice.com
rchang@hfajustice.com
njackson@hfajustice.com

William H. Anderson (*pro hac vice* forthcoming)
**HANDLEY FARAH
& ANDERSON PLLC**
5353 Manhattan Circle, Suite 204
Boulder, CO 80303
Tel: (202) 559-2433
wanderson@hfajustice.com

Simon Wiener (*pro hac vice* forthcoming)
**HANDLEY FARAH
& ANDERSON PLLC**
68 Harrison Avenue, Suite 604
Boston, MA 02111
Tel: (202) 921-4567
swiener@hfajustice.com

*Counsel for Plaintiffs and the Proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 26, 2024, a true and correct copy of the foregoing was served, via the Court's electronic filing system.

/s/ *Zachary R. Glubiak*
Zachary R. Glubiak