**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |  |
|---|---|---|
| Susan Scharpf, et al., | ) | |
| *on behalf of herself and all other similarly situated*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23-cv-1372-AJT-WEF |
| | ) | |
| | ) | |
| General Dynamics Corp, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>JUDGMENT</u>**

Pursuant to the order of this Court entered on April 19th, 2024, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendants Bath Iron Works Corp., Bollinger Shipyards, LLC, CACI International Inc., Electric Boat Corp., General Dynamics Corp., General Dynamics Information Technology, Inc., Gibbs & Cox, Inc., HII Fleet Support Group LLC, HII Mission Technologies Corp., Huntington Ingalls Industries, Inc., Ingalls Shipbuilding, Inc., Marinette Marine Corporation, Newport News Shipbuilding and Dry Dock Co., Serco, Inc., The Columbia Group, Inc., Thor Solutions, LLC, Tridentis, LLC, BMT International , Inc. and Technology Financing, Inc., and against the plaintiffs Susan Scharpf, *on behalf of herself and all others similarly situated*, and Anthony D'Armiento, *on behalf of himself and all others similarly situated.*

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
        D. Estevez, Deputy Clerk

Dated: 4/19/2024
Alexandria, Virginia