IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Susan Scharpf, on behalf of herself and all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>General Dynamics Corp., *et al.*,<br><br>    *Defendants*. | Case No. 1:23-cv-1372-AJT-WEF |

## ORDER

The following schedule shall govern proceedings in this matter:

| Event | Deadline |
|---|---|
| Parties Serve Rule 26(a)(1) Disclosures | September 15, 2025 |
| Substantial Completion of Data Production | January 16, 2026 |
| Substantial Completion of All Production | March 2, 2026 |
| Plaintiffs Serve Merits and Class Expert Reports and File Motion for Class Certification | May 29, 2026 |
| Defendants Serve Merits and Class Expert Reports and File Response on Class Certification | July 17, 2026 |
| Completion of Discovery | August 14, 2026 |
| Plaintiffs Serve Rebuttal Reports, File Reply Briefs on Class Certification | September 4, 2026 |
| Motions for Summary Judgment and *Daubert* (class and merits) | September 18, 2026 |
| Oppositions to Motions for Summary Judgment and *Daubert* | October 16, 2026 |

| Replies in Support of Summary Judgment and *Daubert* | November 13, 2026 |
|---|---|
| Remaining Pre-Trial Matters | No later than 14 calendar days after the Court's ruling on the motion for class certification and summary judgment, the parties will provide to the Court a proposed schedule for the filing of motions *in limine*, and other final pre-trial matters, if applicable. |

**ENTERED** this 24th day of September, 2025.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE