IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SUSAN SCHARPF,<br>*on behalf of herself and all others similarly situated*, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GENERAL DYNAMICS CORP., *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-cv-01372 (AJT/WEF)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

In this putative class action, Plaintiff notified the Court that Plaintiff, on behalf of the putative class, has reached an agreement with Defendant Faststream Recruitment, Ltd. to settle all claims against it, [Doc. No. 288]. It is hereby

**ORDERED** that the parties notify the Court of the settlement terms and move the Court for an order granting preliminary approval of the settlement by October 10, 2025.

/s/
Anthony J. Trenga
Senior United States District Judge

September 26, 2025
Alexandria, Virginia

1