**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SUSAN SCHARPF on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL DYNAMICS CORP., et al.,<br><br>Defendants. | Case No. 1:23-cv-01372-AJT-WEF<br><br>Hon. Anthony J. Trenga<br><br>Hon. William E. Fitzpatrick |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH FASTSTREAM RECRUITMENT, LTD., CERTIFICATION OF SETTLEMENT CLASS, AND APPOINTMENT OF SETTLEMENT CLASS COUNSEL**

Plaintiff Susan Scharpf ("Plaintiff"), by and through her undersigned counsel, respectfully moves this Court for an Order granting preliminary approval of the settlement reached between Plaintiff and Defendant Faststream Recruitment, Ltd. ("Faststream"). The settlement terms are memorialized in a written agreement entered into by the parties on February 12, 2024 ("Settlement Agreement").

Plaintiff respectfully requests that the Court:

a) Grant preliminary approval of the Settlement Agreement;

b) Certify the proposed Settlement Class;

c) Appoint the Named Plaintiff in this litigation, Susan Scharpf, as class representative of the Settlement Class;

1

d) Appoint the law firms Handley Farah & Anderson PLLC; Cohen Milstein Sellers & Toll, PLLC; and Hagens Berman Sobol Shapiro LLP (which currently serve as Interim Co-Lead Counsel) as Settlement Class Counsel;

e) Direct Settlement Class Counsel to submit a motion to approve a plan of notice of the Settlement Agreement at an appropriate time, i.e. after contact information regarding Settlement Class members has been produced and prior to Plaintiff moving for final approval of the Settlement Agreement; and

f) Grant a stay of all proceedings in this litigation against the Released Party (as defined in the Settlement Agreement) except as may be necessary to implement the Settlement Agreement or comply with the terms thereof.

This motion is made on the grounds that the Settlement Agreement, which provides for material cooperation by Faststream in the litigation against the remaining Defendants, is fair, reasonable, and adequate, thereby satisfying the requirements of Rule 23(e) of the Federal Rules of Civil Procedure. This motion is based on the Settlement Agreement; the Memorandum in Support of Motion for Preliminary Approval of Settlement with Faststream Recruitment, Ltd., Certification of Settlement Class, and Appointment of Settlement Class Counsel; and the Declaration of Shana E. Scarlett, all of which accompany this motion.

A proposed Order follows.

DATED: October 10, 2025

Respectfully submitted,

By: /s/ *Brent W. Johnson*
Brent W. Johnson

/s/ *Zachary R. Glubiak*
Zachary R. Glubiak (Va. Bar No. 93984)

2

Steven J. Toll (Va. Bar No. 15300)
Brent W. Johnson (admitted *pro hac vice*)
Robert W. Cobbs (admitted *pro hac vice*)
Alison S. Deich (Va. Bar No. 87452)
Sabrina S. Merold (*pro hac vice* forthcoming)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
zglubiak@cohenmilstein.com
stoll@cohenmilstein.com
bjohnson@cohenmilstein.com
rcobbs@cohenmilstein.com
adeich@cohenmilstein.com
smerold@cohenmilstein.com

Shana E. Scarlett (admitted *pro hac vice*)
Abby R. Wolf (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
abbyw@hbsslaw.com

Steve W. Berman (admitted *pro hac vice*)
Breana Van Engelen (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Tel: (213) 330-7150
elaine@hbsslaw.com

John Michael Grant
**HAGENS BERMAN SOBOL SHAPIRO LLP**
594 Dean Street, Suite 24
Brooklyn, New York 11238
T: (212) 752-5455
F: (917) 210-3980
john.grant@hbsslaw.com

George F. Farah (admitted *pro hac vice*)
Nicholas Jackson (admitted *pro hac vice*)
**HANDLEY FARAH & ANDERSON PLLC**
33 Irving Place
New York, NY 10003
Tel: (212) 477-8090
gfarah@hfajustice.com
njackson@hfajustice.com

Simon Wiener (admitted *pro hac vice*)
**HANDLEY FARAH & ANDERSON PLLC**
68 Harrison Avenue, Suite 604
Boston, MA 02111
Tel: (202) 921-4567
swiener@hfajustice.com

***Counsel for Plaintiff and the Proposed Settlement Class***

## CERTIFICATE OF SERVICE

I certify that on October 10, 2025, I filed this document with the Court's Electronic Case Filing (ECF) system, which will send a Notice of Electronic Filing to counsel of record.

/s/ Zachary R. Glubiak
Zachary R. Glubiak