# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| SUSAN SCHARPF on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>GENERAL DYNAMICS CORP., *et al.*,<br><br>                    Defendants. | Case No. 1:23-cv-01372-AJT-WEF |

## NOTICE OF SETTLEMENT BETWEEN CLASS PLAINTIFF AND DEFENDANT SERCO, INC. AND STIPULATION FOR SUSPENSION OF PROCEEDINGS

Plaintiff Susan Scharpf respectfully writes to the Court to provide notice that Plaintiff and the Proposed Class have reached agreement in principle with Defendant Serco Inc. to settle all claims against it.

Plaintiff and the Serco further stipulate that all proceedings between them be suspended by the Court consistent with the terms of their settlement Term Sheet.

Dated: March 18, 2026

                                 Respectfully submitted,

                                 */s/ Brent W. Johnson*
                                 Brent W. Johnson

                                 */s/ Alison S. Deich*
                                 Alison S. Deich (Va. Bar No. 87452)

                                 Steven J. Toll (Va. Bar No. 15300)
                                 Brent W. Johnson (admitted *pro hac vice*)
                                 Robert W. Cobbs (admitted *pro hac vice*)
                                 Alison S. Deich (Va. Bar No. 87452)
                                 Zachary R. Glubiak (Va. Bar No. 93984)
                                 Sabrina S. Merold (admitted *pro hac vice*)
                                 Callie C. Bruzzone (admitted *pro hac vice*)
                                 COHEN MILSTEIN SELLERS &

1

TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Tel: (202) 408-4600
stoll@cohenmilstein.com
bjohnson@cohenmilstein.com
rcobbs@cohenmilstein.com
adeich@cohenmilstein.com
zglubiak@cohenmilstein.com
smerold@cohenmilstein.com
cbruzzone@cohenmilstein.com

Shana E. Scarlett (admitted *pro hac vice*)
Rio S. Pierce (admitted *pro hac vice*)
HAGENS BERMAN SOBOL
SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman (admitted *pro hac vice*)
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com

George F. Farah (admitted *pro hac vice*)
Nicholas Jackson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, NY 10003
Tel: (212) 477-8090
gfarah@hfajustice.com
njackson@hfajustice.com

*Co-Lead Counsel for Plaintiff and the Proposed Class*

Candice J. Enders (admitted *pro hac vice*)
Julia R. McGrath (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600

2

Philadelphia, PA 19103
Tel: (215) 875-3000
cenders@bm.net
jmcgrath@bm.net

Brian D. Clark (admitted *pro hac vice*)
Arielle S. Wagner (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN
P.L.L.P.
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
bdclark@locklaw.com
aswagner@locklaw.com

Stephen J. Teti (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN
P.L.L.P.
265 Franklin Street, Suite 1702
Boston, MA 02110
(617) 456-7701
sjteti@locklaw.com

*Additional Counsel for Plaintiff and the
Proposed Class*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2026, a true and correct copy of the foregoing

was served, via the Court's electronic filing system.

/s/*Alison S. Deich*
Alison S. Deich
(Va. Bar. No. 87452)
