**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SUSAN SCHARPF and HARRY FORSTER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL DYNAMICS CORP., *et al*.,<br><br>Defendant. | Case No. 1:23-cv-01372-AJT-WEF |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH GIBBS & COX, INC., MARINETTE MARINE CORP., SERCO, INC., CACI INTERNATIONAL INC., THOR SOLUTIONS, LLC, BOLLINGER SHIPYARDS, LLC, AND HUNTINGTON INGALLS INDUSTRIES, INC.; CERTIFICATION OF SETTLEMENT CLASS, AND APPOINTMENT OF SETTLEMENT CLASS COUNSEL**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Susan Scharpf and Harry Forster hereby move for an Order granting preliminary approval of the settlements reached between Plaintiffs and the following Defendants: Gibbs & Cox, Inc. ("Gibbs"), Marinette Marine Corp. ("Marinette"), Serco, Inc. ("Serco"), CACI International Inc. ("CACI"), Thor Solutions, LLC ("Thor"), Bollinger Shipyards, LLC ("Bollinger"), and Huntington Ingalls Industries, Inc. ("HII") (collectively hereafter, "Settlement Defendants"). The settlement terms are memorialized in written agreements entered into by Gibbs and Plaintiffs on January 30, 2026; by Marinette and Plaintiffs on May 7, 2026; by Serco and Plaintiffs on March 27, 2026; by CACI and Plaintiffs on May 27, 2026; by Thor and Plaintiffs on May 28, 2026; by Bollinger and Plaintiffs on May 26, 2026; and by HII and Plaintiffs on June 8 2026 (collectively hereafter, "Settlement Agreements").

Plaintiffs respectfully request that the Court:

a) Grant preliminary approval of the Settlement Agreements;

b) Certify the proposed Settlement Class;

c) Appoint Named Plaintiffs in this litigation—Susan Scharpf and Harry Forster—as class representatives of the Settlement Class;

d) Appoint the law firms of Cohen Milstein Sellers & Toll PLLC, Hagens Berman Sobol Shapiro LLP, and Handley Farah & Anderson PLLC (which currently serve as Interim Co-Lead Counsel) as Settlement Class Counsel;

e) Direct Settlement Class Counsel to submit a motion to approve a plan of notice of the Settlement Agreements at an appropriate time, *i.e.*, after Defendants have produced contact information regarding Settlement Class members and prior to Plaintiffs moving for final approval of the Settlement Agreements; and

f) Grant a stay of all proceedings in this litigation against the Released Parties (as defined in the Settlement Agreements) except as necessary to effectuate the Settlement Agreements or as otherwise agreed to by the settling parties.

This motion is made on the grounds that the Settlement Agreements, which provide a total of $8,175,000 (eight million one hundred seventy-five thousand U.S. dollars) cash payment for the Settlement Class and material cooperation by the Settling Defendants, are fair, reasonable, and adequate, thereby satisfying the requirements of Rule 23(e) of the Federal Rules of Civil Procedure. This motion is based on the Settlement Agreements; the Memorandum in Support of Motion for Preliminary Approval of Settlement with Gibbs & Cox, Inc., Marinette Marine Corp., Serco, Inc., CACI International Inc., Thor Solutions, LLC, Bollinger Shipyards, LLC, and Huntington Ingalls Industries, Inc., Certification of Settlement Class, and Appoint of Settlement Class Counsel; and the Declaration of Brent W. Johnson (all of which accompany this motion).

DATED: June 11, 2026

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: /s/ *Brent W. Johnson*
BRENT W. JOHNSON
(admitted *pro hac vice*)

By: /s/ *Zachary R. Glubiak*
ZACHARY R. GLUBIAK
(Va. Bar No. 93984)

Steven J. Toll (Va. Bar No. 15300)
Robert W. Cobbs (admitted *pro hac vice*)
Alison S. Deich (Va. Bar No. 87452)
Sabrina S. Merold (admitted *pro hac vice*)
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
bjohnson@cohenmilstein.com
zglubiak@cohenmilstein.com
stoll@cohenmilstein.com
rcobbs@cohenmilstein.com
adeich@cohenmilstein.com
smerold@cohenmilstein.com

Shana E. Scarlett (admitted *pro hac vice*)
Eli R. Freedman (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com
eli.freedman@hbsslaw.com

Steve W. Berman (admitted *pro hac vice*)
Breanna Van Engelen (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

John Michael Grant
**HAGENS BERMAN SOBOL SHAPIRO LLP**
594 Dean Street, Suite 24
Brooklyn, New York 11238
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
john.grant@hbsslaw.com

George F. Farah (admitted *pro hac vice*)
Nicholas Jackson (admitted *pro hac vice*)
**HANDLEY FARAH & ANDERSON PLLC**
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
gfarah@hfajustice.com
njackson@hfajustice.com

*Counsel for Plaintiff and the Proposed Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026 a true and correct copy of the foregoing was served, via the Court's electronic filing system.

/s/ *Zachary R. Glubiak*
Zachary R. Glubiak