IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SUSAN SCHARPF, *on behalf of herself and all others similarly situated, et al.*, | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | Civil Action No. 1:23-cv-01372 (AJT/WEF) |
| GENERAL DYNAMICS CORP., *et al.*, | ) | |
| *Defendants*. | ) | |

**ORDER**

This matter is before the Court on Defendants General Dynamics Corp., Bath Iron Works Corp., and Electric Boat Corp. (together, "GD Defendants") Motion for Attorney Fees & Costs ([Doc. No. 568]; the "Motion") on grounds that in continuing to pursue their antitrust claims after November 2025, Plaintiffs' co-lead counsel "multipli[ed] the proceedings … unreasonably and vexatiously," in the meaning of 28 U.S.C. § 1927. The Court hereby finds that the Motion can be resolved without oral argument, as such argument would not aid the decisional process.

Upon review of the Motion, the memoranda and exhibits submitted in support thereof and in opposition thereto [Doc. Nos. 569, 571, 586, 589, 592, 593], the entire record of this case, and the applicable standard under Section 1927, it is hereby

**ORDERED** that the Motion be, and the same hereby is, **DENIED**; and it is further

**ORDERED** that the hearing on the Motion, currently scheduled for August 26, 2026, be, and the same hereby is, **CANCELLED.**

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
August 5, 2026

Anthony J. Trenga
Senior U.S. District Judge